No. 82–363. BROTHERHOOD OF TEAMSTERS & AUTO TRUCK DRIVERS, LOCAL 70 *v.* CALIFORNIA TRUCKING ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–364. NEUMAIER *v.* ANIMAL MATTERS HEARING BOARD. Cir. Ct. Montgomery County, Md. Certiorari denied.

No. 82–366. LOUISIANA *v.* WALGAMOTTE. Sup. Ct. La. Certiorari denied.

No. 82–367. MILLER, TRUSTEE IN BANKRUPTCY *v.* HAYNES. C. A. 7th Cir. Certiorari denied.

No. 82–371. BEHAR *v.* SOUTHEAST BANK TRUST CO., N.A., PERSONAL REPRESENTATIVE OF THE ESTATE OF BEHAR. C. A. 11th Cir. Certiorari denied.

No. 82–373. LAZZARA *v.* PLAINTIFF'S LEGAL COMMITTEE ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–379. COASTAL PETROLEUM CO. *v.* MOBIL OIL CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–382. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–385. O'BANNON, SECRETARY OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. *v.* SHADIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–387. CONROD *v.* JEEP CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–389. LEASURE *v.* CONNOR. C. A. 3d Cir. Certiorari denied.